# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE: Brandon Neil Hamby
Ciara Danielle Young               Case Number:   20-20954
Debtors

## NOTICE OF RESCHEDULED CONFIRMATION HEARING

Notice is hereby given that the first confirmation hearing is rescheduled to 1/14/2021 at 12:00 pm and will be conducted by video conference.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served upon the persons listed below either electronically or by mail on 11/6/2020.

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

STEIDEN LAW OFFICES
Served Electronically Via ECF